IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-085-RJC-DCK

| | |
|---|---|
| JASON HARRIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| AFFILIATE ASSET SOLUTIONS, LLC, ) | |
| PENDRICK CAPITAL PARTNERS, LLC, ) | |
| and JOHN DOES 1-25, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by C. Randolph Emory, concerning Raphael Deutsch on February 26, 2021. Raphael Deutsch seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Raphael Deutsch is hereby admitted *pro hac vice* to represent Plaintiff.

Signed: February 26, 2021

David C. Keesler
United States Magistrate Judge